Case 2:11-cv-06279-WHW -MCA   Document 5   Filed 11/21/11   Page 1 of 1 PageID: 30
Case 2:11-cv-06279-WHW -MCA   Document 4   Filed 11/17/11   Page 1 of 1 PageID: 29

Nov. 17. 2011  1:15PM
From:                                                    No. 5618   P. 3
                                    11/17/2011 10:56    #290 P.003/003

KATZ & RYCHIK, PC
Attorneys for Defendant
30 Broad Street, 8th Floor
New York, NY 10004
(212) 766-4700
Sean O'Brien, Esq. (SO-5449)
Attorneys for Defendant Citimortgage, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------x
CARLOS FREDERICO & MARIA FREDERICO,      Honorable William H. Walls
                              Plaintiffs,
vs.                                              11-cv-06279

                                                 STIPULATION EXTENDING
                                                 TIME TO ANSWER
                                                 COMPLAINT
CITIMORTGAGE, INC.,
                              Defendant.
-------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time for Defendant Citimortgage, Inc., to move, answer or otherwise respond to the Summons and Complaint of Plaintiffs Carlos Frederico and Maria Frederico is hereby extended until December 14, 2011.

IT IS FURTHER STIPULATED AND AGREED, that a photocopy of this Stipulation shall have the same force and effect as the original.

Dated: November 17, 2011
       New York, New York

_____              /s/ _____
Shmuel Klein, Esq. (SK-7212)            Sean O'Brien, Esq. (SO-5449)
LAW OFFICE OF SHMUEL KLEIN PC           KATZ & RYCHIK P.C.
Attorneys for Plaintiffs                Attorneys for Defendant
Carlos Frederico & Maria Frederico      Citimortgage, Inc.
113 Cedarhill Avenue                    30 Broad Street, 8th Floor
Mahwah, New Jersey 07430                New York, New York 10038
Tel: (201) 529-3411                     Tel: (212) 766-4700

                                        So Ordered this 17 day
                                        of November, 2011

                                        _____
                                        Magistrate Judge Madeline Cox Arleo